Same case below, 357 Fed. Appx. 316.

No. 09-10679. Lorenzo Tucker, Petitioner v. United States.

560 U.S. 974, 130 S. Ct. 3433, 177 L. Ed. 2d 341, 2010 U.S. LEXIS 4854.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 747.

No. 09-10680. Jose Manuel Sanchez-Leyva, Petitioner v. United States.

560 U.S. 974, 130 S. Ct. 3433, 177 L. Ed. 2d 341, 2010 U.S. LEXIS 4878.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-10681. Paul Shenandoah, Petitioner v. United States.

560 U.S. 974, 130 S. Ct. 3433, 177 L. Ed. 2d 341, 2010 U.S. LEXIS 4842.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 595 F.3d 151.

No. 09-10682. Etinosa Osahon, Petitioner v. United States.

560 U.S. 974, 130 S. Ct. 3433, 177 L. Ed. 2d 341, 2010 U.S. LEXIS 4863.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10687. Nicolas Arroyo-Carbajal, Petitioner v. United States.

560 U.S. 974, 130 S. Ct. 3433, 177 L. Ed. 2d 341, 2010 U.S. LEXIS 4950.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 363 Fed. Appx. 308.

No. 09-10688. Noe Reyes Barraza-Montes De Oca, Petitioner v. United States.

560 U.S. 974, 130 S. Ct. 3433, 177 L. Ed. 2d 341, 2010 U.S. LEXIS 4801.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 86.

No. 09-10689. Juan Vega Angiano, Petitioner v. United States.

560 U.S. 974, 130 S. Ct. 3434, 177 L. Ed. 2d 341, 2010 U.S. LEXIS 4780.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 602 F.3d 828.